## BANKRUPTY COURT

### Exhibit List

| CASE NAME: In re Arie Dean Van Straalen | | | COURT DATE: September 11, 2019 | CASE NUMBER: 19-40731-JMM |
|---|---|---|---|---|
| **Objecting Parties:** VSD Trust 2016-1 | | | **Trustee:** Gary Rainsdon | |
| **Counsel:** Robert Faucher, Holland & Hart LLP | | | **Counsel:** N.A. | |
| **Exhibit Nos.:** 300-399 | | | **Exhibit Nos.** | |
| **PRESIDING JUDGE:** Joseph M. Meier | | | **Matter before the Court:** Cash Collateral Mtn. doc. 18 | |
| **EXHIBITS** | | | **DESCRIPTION** | |
| NOS. | Date | ADMITTED | | |
| 300. | 9/11/19 | 5 | 2182701 Van Straalen Payoff Statement | |
| 301. | | | 2182801 Van Straalen Payoff Statement | |
| 302. | | | 2182901 Van Straalen Payoff Statement | |
| 303. | | | Promissory Note A dated April 14, 2014 ($1,969,430.92) | |
| 304. | | | Promissory Note B dated April 14, 2014 ($189,980.48) | |
| 305. | | | Promissory Note WFFL dated April 14, 2014 ($1,577,922.82) | |
| 306. | | | Legal Description of Mortgage Property | |
| 307. | | | Mortgage, Assignment of Rents, Security Agreement and Fixture Filing (recorded on Dec. 14, 2007 as Instrument No. 2077447) | |
| 308. | | | Modification to Mortgage (recorded on April 17, 2014 as Instrument No. 2141433) | |
| 309. | | | Mortgage, Assignment of Rents, Security Agreement and Fixtures Filing (recorded on Jan. 10, 2012 as Instrument No. 2120101) | |
| 310. | | | Modification to Mortgage (recorded on April 17, 2014 as Instrument No. 2141434) | |
| 311. | | | Fiscal Year End 2018 Dairy Financial Statements (Draft) | |
| 312. | | | First Quarter 2018 Dairy Financial Statements | |
| 313. | | | First Quarter 2019 Dairy Income Statement | |
| 314. | | | Holland & Hart Letter to Van Straalen 9-10-2018 | |
| 315. | 9/11/19 | | 2008-01-24 Security Agreement (Crops) | |

**VSD TRUST 2016-1'S EXHIBIT LIST FOR SEPTEMBER 11, 2019 EVIDENTIARY HEARING - 3**

| | | | |
|---|---|---|---|
| 316. | | S | 2008-01-24 Security Agreement (Equipment) |
| 317. | | | 2008-01-24 Security Agreement (Livestock) |
| 318. | | | 2009-10-20 Continuing Security Agreement (Rights to Payment) |
| 319. | | | 2012-01-06 Continuing Security Agreement (Rights to Payment and Inventory) |
| 320. | | | 2012-01-06 Security Agreement (Crops) |
| 321. | | | 2012-01-06 Security Agreement (Equipment) |
| 322. | | | 2012-01-06 Security Agreement Livestock |
| 323. | | | 2012-01-06 Third Party Security Agreement (Specific Rights to Payment (Tax Refunds)) |
| 324. | | | 2007-12-14 Security Agreement |
| 325. | | | 2012-01-06 Continuing Security Agreement (Rights to Payment and Inventory) |
| 326. | | | 2012-01-06 Security Agreement: Crops |
| 327. | | | 2012-01-06 Security Agreement: Equipment |
| 328. | 9/11/19 | | 2012-01-06 Security Agreement: Livestock |
| 329. | | | 2018 Wendell Buying Station Cull Receipts |
| 330. | 9/11/19 | S | Certified Idaho UCC Search Results |
| 331. | | | Dairy's First Quarter 2018 cow sales |
| 332. | | | Van Straalen Cull Sales April to December 2018.pdf |
| 333. | | | Graph - Composition of Van Straalen Dairy Heard |
| 334. | | | Dairy June 1, 2018 Borrowing Base Report |
| 335. | 9/11 | S | UCC-1F F77030 with Subsequent UCC-3Fs |
| 336. | | | UCC-1 B200710226449 with Subsequent UCC-3s |
| 337. | | | UCC-1 B201211022802 with Subsequent UCC-3s |
| 338. | | | UCC-1F F83170 with Subsequent UCC-3Fs |
| 339. | | | UCC-1 B200710384599 with Subsequent UCC-3s |
| 340. | | | UCC-1 B201211022811 with Subsequent UCC-3s |
| 341. | 9/11 | | UCC-1 2077535 Fixture Recording, Jerome County, ID with Subsequent UCC-3s |

**VSD TRUST 2016-1'S EXHIBIT LIST FOR SEPTEMBER 11, 2019 EVIDENTIARY HEARING - 4**

| 342. | | | Van Straalen Cull Sales January 2018 – April 2019 |
| --- | --- | --- | --- |
| 343. | 9/11/19 | A | Chart of Idaho UCC Filings |
| 344. | 9/11/19 | S | 2016 Dairy Production |
| 345. | | | 2017 Dairy Production |
| 346. | | | 2018 Dairy Production |
| 347. | | | 2019 Dairy Production |
| 348. | | | September 4, 2019 Herd Inventory |
| 349. | 9/11/19 | | Schedule of Assets |

13527602_v1

**VSD TRUST 2016-1'S EXHIBIT LIST FOR SEPTEMBER 11, 2019 EVIDENTIARY HEARING - 5**